In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-07-003 CV


____________________



LISA ADAMS, Appellants



V.



CASSIE ELIZABETH WILLEY, JUDITH ANN JUDICE, 


LARRY WAYNE ADAMS and KENNETH DALE ADAMS, Appellees






On Appeal from the 128th District Court


Orange County, Texas


Trial Cause No. A-060316-C






MEMORANDUM OPINION


 On April 3, 2007, we notified the parties that the appeal would be dismissed for want
of prosecution unless arrangements were made for filing the record or the appellant explained
why she needed additional time for filing the record. Appellant did not respond to the notice. 
Adams did not file an affidavit of indigence and is not entitled to proceed without payment
of costs. Tex. R. App. P. 20.1 There being no satisfactory explanation for the failure to file
the record, the appeal is dismissed for want of prosecution. Tex. R. App. P. 37.3(b). Costs
are assessed against the appellant.

 APPEAL DISMISSED.

 __________________________________

 CHARLES KREGER

 Justice



Opinion Delivered May 10, 2007

Before McKeithen, C.J., Gaultney and Kreger, JJ.